**People of the State of Illinois, Plaintiff-Appellee, v. Alfonza Townsend, Defendant-Appellant.**

Gen. No. 52,971. <span style="color:transparent"></span>

First District, Third Division.

November 14, 1968.

Charles B. Evins, R. Eugene Pincham, and Earl E. Strayhorn, of Chicago, for appellant; no appearance made in behalf of appellee. Opinion PER CURIAM. **Not to be published in full.**